IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MISTIE WEST
o/b/o J.W., a minor                                                                                   PLAINTIFF

      v.                                         CIVIL NO. 13-2173

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                              DEFENDANT

## O R D E R

      Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

      Plaintiff's IFP application indicates that she and her husband receive a combined monthly income of $3,100.00. ECF No. 2. Under Section 5, Plaintiff does not list any real or personal property. However, under Section 6, Plaintiff states that she makes monthly mortgage and car payments. Additionally, Plaintiff lists no debts or financial obligations under Section 8, although she lists monthly car, mortgage, student loan, and credit card payments in Section 6. As such, Plaintiff is directed to submit an amended IFP application providing more specific information regarding her assets and debts, including estimated value of any assets and amount of any outstanding financial obligations. Plaintiff is directed to file her amended IFP application by July 24, 2013. Should Plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

      IT IS SO ORDERED this 10th day of July 2013.

      /S/ *J. Marschewski*
      HONORABLE JAMES R. MARSCHEWSKI
      CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)