IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MISTIE WEST, o/b/o J.W., a Minor                                              PLAINTIFF

v.                           Case No. 2:13-CV-02173

CAROLYN W. COLVIN,
Commissioner of the Social Security Administration                            DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 9) from Chief United States Magistrate Judge James R. Marschewski.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, for the reasons stated in the Report and Recommendations, IT IS ORDERED that Plaintiff's Motion to proceed *in forma pauperis* (Doc. 2) is DENIED, and Plaintiff is directed to pay the filing fee of $400.00 by September 20, 2013.  Should Plaintiff fail to comply by that deadline, her Complaint may be dismissed for failure to obey a court order.

IT IS SO ORDERED this 20th day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE